**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KASHYAP P. PATEL,<br><br>          *Plaintiff,*<br><br>v.<br><br>THE ATLANTIC MONTHLY GROUP<br>LLC et al.,<br><br>          *Defendants.* | Case No. 1:26-cv-01329 |

## NOTICE OF ERRATA

Please Take Notice that Plaintiff Kashyap P. Patel, by counsel, hereby

submits this Notice of Errata in the Complaint (Doc. 1).

The filed Complaint omitted the full addresses of each party to the matter.

The corrected Complaint is attached hereto as Exhibit "A" and incorporated herein

by reference. Additionally, in Paragraph 29, a typo was corrected.

Dated: April 20, 2026

Respectfully submitted,

*/s/Jason C. Greaves*
Jason C. Greaves, DC Bar No. 1033617
Jesse R. Binnall, VA022
Jared J. Roberts, FL00153
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel:  (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
jason@binnall.com
jared@binnall.com

*Counsel for Plaintiff Kashyap P. Patel*