AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Kashyap P. Patel | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:26-cv-01329 |
| The Atlantic Monthly Group LLC et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Kashyap P. Patel      .

Date:    04/20/2026

/s/ Jesse R. Binnall
*Attorney's signature*

Jesse R. Binnall, VA022
*Printed name and bar number*

Binnall Law Group
717 King Street, Suite 200
Alexandria, Virginia 22314

*Address*

jesse@binnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(703) 888-1930
*FAX number*