AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Kashyap P. Patel | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-01329 |
| The Atlantic Monthly Group LLC et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Kashyap P. Patel                                                                       .

Date:    04/20/2026                                      /s/ Jared J. Roberts
                                                              *Attorney's signature*

                                                       Jared J. Roberts, FL00153
                                                       *Printed name and bar number*

                                                       Binnall Law Group
                                                       717 King Street, Suite 200
                                                       Alexandria, Virginia 22314

                                                              *Address*

                                                       jesse@binnall.com
                                                       *E-mail address*

                                                       (703) 888-1943
                                                       *Telephone number*

                                                       (703) 888-1930
                                                       *FAX number*