AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Kashyap P. Patel | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-01329-EGS |
| Atlantic Monthly Group, LLC, Sarah Fitzpatrick | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Atlantic Monthly Group, LLC, Sarah Fitzpatrick                                    .

Date:    04/21/2026

_____
*Attorney's signature*

Alison Schary, 1014050
*Printed name and bar number*
Davis, Wright Tremaine LLP
1301 K Street, N.W.
Suite 500 East
Washington, D.C.  20005

*Address*

alisonschary@dwt.com
*E-mail address*

(202) 973-4248
*Telephone number*

(202) 973-4448
*FAX number*