AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Kashyap P. Patel | ) |
| *Plaintiff* | ) |
| v. | ) |
| Atlantic Monthly Group, LLC, Sarah Fitzpatrick | ) |
| *Defendant* | ) |

Case No.    1:26-cv-01329-EGS

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Atlantic Monthly Group, LLC, Sarah Fitzpatrick                                                .

Date:     04/21/2026

_____
*Attorney's signature*

Laura R. Handman, 444386
*Printed name and bar number*
Davis Wright Tremaine LLP
1301 K Street, N.W.
Suite 500 East
Washington, D.C.  20005

*Address*

laurahandman@dwt.com
*E-mail address*

(202) 973-4224
*Telephone number*

(202) 973-4424
*FAX number*