AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Kashyap P. Patel | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:26-cv-01329-EGS |
| Atlantic Monthly Group, LLC, Sarah Fitzpatrick | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Atlantic Monthly Group, LLC, Sarah Fitzpatrick                                             .

Date:     04/21/2026

*Attorney's signature*

Meenakshi Krishnan, 1617229
*Printed name and bar number*
Davis Wright Tremaine LLP
1301 K Street, N.W.
Suite 500 East
Washington, D.C.  20005

*Address*

meenakshikrishnan@dwt.com
*E-mail address*

(202) 973-4239
*Telephone number*

(202) 973-4439
*FAX number*