**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

KASHYAP P. PATEL,

                Plaintiff,

      v.

ATLANTIC MONTHLY GROUP LLC;
SARAH FITZPATRICK,

                Defendants.

Case No.: 1:26-cv-01329-EGS

---

### DEFENDANTS' CONSENT MOTION TO SEAL

Pursuant to Local Civil Rule 5.1(h), Defendants Atlantic Monthly Group LLC and Sarah Fitzpatrick ("Defendants") hereby move for an Order sealing the respective portions of Dkt. 1-3 (the summons on Ms. Fitzpatrick) and page 1 of Dkt. 2-1 (the corrected Complaint) that identify Ms. Fitzpatrick's home address and directing Plaintiff Kashyap Patel ("Plaintiff") to file redacted versions for the public record. In support of its Motion, Defendants respectfully submit the accompanying Memorandum of Law and proposed Order.

Pursuant to Local Civil Rule 7(m), on April 20, 2026, Defendants contacted Plaintiff's counsel, who informed Defendants that they consent to this Motion.

Dated: April 21, 2026

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP

Katherine M. Bolger*
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
katebolger@dwt.com

*pro hac vice forthcoming

By: /s/ Alison Schary
Alison Schary (DC Bar No. 1014050)
Laura Handman (DC Bar No. 444386)
Meenakshi Krishnan (DC Bar No. 1617229)
1301 K Street, NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

alisonschary@dwt.com
laurahandman@dwt.com
meenakshikrishnan@dwt.com

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2026, a copy of Defendants' Motion to Seal, Memorandum of Law in Support thereof, and proposed Order were filed using the CM/ECF system on all counsel of record.

/s/ Alison Schary
Alison Schary