**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KASHYAP P. PATEL,

                    Plaintiff,

        v.

ATLANTIC MONTHLY GROUP LLC;
SARAH FITZPATRICK,

                    Defendants.

Case No.: 1:26-cv-01329-EGS

**PROPOSED ORDER**

Upon consideration of Defendants' Consent Motion to Seal, requesting that this Court seal

Defendant Sarah Fitzpatrick's home address from Dkts. 1-3 and 2-1, it is hereby

    **ORDERED** that Defendants' Motion to Seal is **GRANTED**; and

    **ORDERED** that Defendant Sarah Fitzpatrick's home address be sealed; and

    **ORDERED** that Plaintiff Kashyap Patel file redacted versions of those documents for the

public record.

Date: _____        _____
                                      The Honorable Emmet G. Sullivan
                                      United States District Judge