**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KASHYAP P. PATEL,

      Plaintiff,

   v.

ATLANTIC MONTHLY GROUP LLC;
SARAH FITZPATRICK,

      Defendants.

Case No.: 1:26-cv-01329-EGS

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**PLAINTIFF'S COMPLAINT**

Pursuant to Local Civil Rule 7 and this Court's Standing Order, Defendants Atlantic

Monthly Group LLC and Sarah Fitzpatrick ("Defendants") hereby move for a 60-day extension of

time by which they must respond to the Complaint, Dkts. 1 & 10, to July 27, 2026.  In support of

this Motion, Defendants state the following:

1.  Plaintiff Kashyap P. Patel ("Plaintiff") filed the Complaint on April 20, 2026.

2.  On May 22, 2026, Plaintiff's counsel asked Defendants' counsel if they would

accept service on Defendants' behalf.  Defendants agreed to accept service of the Complaint

effective May 27, 2026, provided that Defendants received a 60-day extension of time to file

responsive pleadings, to July 27, 2026.

3.  Counsel for the parties have conferred, and Plaintiff consents to a 60-day extension

of time for Defendants to respond to the Complaint, to July 27, 2026.

4.  Defendants require additional time to respond to the allegations in the Complaint

and submit that there is good cause for the requested extension.  There is no prejudice to Plaintiff,

as evidenced by Plaintiff's consent.

5.       Accordingly, Defendants respectfully request that the Court extend Defendants'

deadline to respond to the Complaint to July 27, 2026.


Dated: May 27, 2026

Katherine M. Bolger*
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
katebolger@dwt.com

*D.D.C. admission pending

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP

By: */s/ Alison Schary*
Alison Schary (DC Bar No. 1014050)
Laura Handman (DC Bar No. 444386)
Meenakshi Krishnan (DC Bar No. 1617229)
1301 K Street, NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200
alisonschary@dwt.com
laurahandman@dwt.com
meenakshikrishnan@dwt.com

*Counsel for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of May, 2026, a copy of the foregoing Motion and attached proposed Order was filed using the CM/ECF system on all counsel of record.

*/s/ Alison Schary*
Alison Schary
