AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Kashyap P. Patel | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-01329-EGS |
| Atlantic Monthly Group, LLC; Sarah Fitzpatrick | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Atlantic Monthly Group, LLC; Sarah Fitzpatrick                                                                                  .

Date:     06/02/2026

/s/ Katherine M. Bolger
*Attorney's signature*

Katherine M. Bolger, NY # 2976868
*Printed name and bar number*

Davis Wright Tremaine LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020-1104
*Address*

katebolger@dwt.com
*E-mail address*

(212) 402-4068
*Telephone number*

(212) 489-8340
*FAX number*