**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KASHYAP P. PATEL,

                    Plaintiff,

      v.

ATLANTIC MONTHLY GROUP LLC;
SARAH FITZPATRICK,

                    Defendants.

Case No.: 1:26-cv-01329-EGS

**HEARING REQUESTED**

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Atlantic Monthly Group LLC and Sarah Fitzpatrick ("Defendants"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), move to dismiss with prejudice the Complaint of Plaintiff Kashyap P. Patel ("Director Patel"). The grounds for this motion are:

1.      The Complaint fails to state a viable defamation claim against Defendants. First, Director Patel does not plausibly allege that Defendants published any challenged statement from the Article with "actual malice," as required by the First Amendment. The Complaint's laundry list of conclusory allegations and generic complaints—including that Defendants did not sufficiently credit Director Patel's denials or tout his "operational successes," relied on confidential sources, and bore "editorial animus" toward him—do not come close to meeting that high constitutional standard, and the Court can and should dismiss the Complaint in its entirety on this ground alone.

2.      Second, Director Patel's claims also fail as to several of the challenged statements for the additional—and independent—reason that the statements are not actionable as a matter of

law, whether because they are not defamatory, are substantially true, or are protected by D.C.'s fair-report privilege.

3.       In further support of this Motion to Dismiss, Defendants rely on the accompanying Memorandum of Points and Authorities, the Declaration of Katherine M. Bolger, and accompanying exhibits.

## REQUEST FOR HEARING

Defendants respectfully request a hearing on their Motion to Dismiss.

Dated: July 27, 2026

Alison Schary (Bar ID: 1014050)
Laura Handman (Bar ID: 444386)
Meenakshi Krishnan (Bar ID: 1617229)
Azeezat Adeleke (Bar ID: 90011862)
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200
alisonschary@dwt.com
laurahandman@dwt.com
meenakshikrishnan@dwt.com
azeezatadeleke@dwt.com

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP

By: */s/ Katherine M. Bolger*
Katherine M. Bolger (Bar ID: NY0205)
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
katebolger@dwt.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July, 2026, a copy of the foregoing Motion and attached Memorandum of Points and Authorities, Declaration of Katherine M. Bolger, accompanying exhibits, and Proposed Order was filed using the CM/ECF system on all counsel of record.

*/s/ Katherine M. Bolger*
Katherine M. Bolger