# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

KASHYAP P. PATEL,

                Plaintiff,

      v.

ATLANTIC MONTHLY GROUP LLC;
SARAH FITZPATRICK,

                Defendants.

Case No.: 1:26-cv-01329-EGS

## PROPOSED ORDER

Upon consideration of Defendants Atlantic Monthly Group LLC and Sarah Fitzpatrick's

Motion to Dismiss the Complaint, it is hereby

**ORDERED** that the Motion is Granted, and the Complaint is dismissed in its entirety with

prejudice.

Date: _____

                _____

                Honorable Emmet G. Sullivan
                United States District Judge