**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KASHYAP P. PATEL,

                     Plaintiff,

        v.

ATLANTIC MONTHLY GROUP LLC;
SARAH FITZPATRICK,

                   Defendants.

Case No.: 1:26-cv-01329-EGS

**DECLARATION OF KATHERINE M. BOLGER IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE COMPLAINT**

Katherine M. Bolger, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.     I am a partner at the law firm of Davis Wright Tremaine LLP, and counsel to Defendants Atlantic Monthly Group LLC and Sarah Fitzpatrick ("Defendants") in the above-captioned action.

2.     I make this declaration in order to attach exhibits relied upon in Defendants' concurrently-filed Motion to Dismiss the Complaint.

3.     Attached hereto as **Exhibit 1** is a chart of allegedly defamatory statements at issue in this Action, prepared by the undersigned counsel.

4.     Attached hereto as **Exhibit 2** is a true and correct copy of the article published by *The Atlantic* on April 17, 2026 entitled "The FBI Director is MIA," which is the subject of the Complaint in this Action, and is referenced throughout the Complaint ("Article").  The Article is also available at the URL, https://www.theatlantic.com/politics/2026/04/kash-patel-fbi-director-drinking-absences/686839/.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of email correspondence between *The Atlantic* reporter Sarah Fitzpatrick and the Federal Bureau of Investigation Office of Public Affairs, which is referenced in paragraphs 30, 32, and 55 of the Complaint.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of email correspondence between *The Atlantic* reporter Sarah Fitzpatrick and the White House Press Office, which is referenced in paragraphs 38 and 55 of the Complaint.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of email correspondence between *The Atlantic* reporter Sarah Fitzpatrick and the Department of Justice Office of Public Affairs, which is referenced in paragraphs 39 and 55 of the Complaint.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of an email transmitting the pre-publication demand letter from Plaintiff's counsel to Defendants on April 17, 2026, which is referenced in paragraphs 33 through 36 and 55 of the Complaint.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of the pre-publication demand letter dated April 17, 2026, which is referenced in paragraphs 33 through 36 and 55 of the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2026

By: _Katherine M. Bolger_

Katherine M. Bolger