# EXHIBIT 1

*Patel v. Atlantic Monthly et al.* – Chart of Plaintiff's Alleged Defamatory Statements

| Category | Alleged Defamatory Statements |
|---|---|
| **Director Patel's Alcohol Consumption ("Category 1")** | 1. "That Director Patel 'is known to drink to the point of obvious intoxication, in many cases at the private club Ned's in Washington, D.C., while in the presence of White House and other administration staff.'" Compl. ¶ 18(a). <br><br> 2. "That Director Patel 'is also known to drink to excess at the Poodle Room in Las Vegas, where he frequently spends parts of his weekends.'" *Id.* ¶ 18(b). <br><br> 3. "That 'early in [Director Patel's] tenure, meetings and briefings had to be rescheduled for later in the day as a result of his alcohol-fueled nights.'" *Id.* ¶ 18(c). <br><br> 4. "That '[o]n multiple occasions in the past year, members of his security detail had difficulty waking [Director Patel] because he was seemingly intoxicated, according to information supplied to Justice Department and White House officials.'" *Id.* ¶ 18(d). <br><br> 5. That "Director Patel's alleged alcohol consumption has negatively impacted various law-enforcement investigations, including the Charlie Kirk murder investigation." *Id.* ¶18(f). <br><br> 6. "That Director Patel's 'drinking has been a recurring source of concern across the government.'" *Id.* ¶ 18(j). <br><br> 7. "The false implication that [Director Patel] violated DOJ's ethics rules prohibiting 'habitually using alcohol or other intoxicants to excess.'" *Id.* ¶ 18(k). <br><br> 8. "The false implication that Director Patel abuses alcohol, thereby making him vulnerable to exploitation or coercion by foreign adversaries." *Id.* ¶ 18(m). <br><br> 9. "The false implication that this alleged alcohol abuse 'has become a threat to public |

| | |
|---|---|
| | safety,' including in the context of 'a domestic terrorist attack,' and constitutes a national-security vulnerability." *Id.* ¶ 18(n). |
| **Director Patel's Absences and Unreachability ("Category 2")** | 10. "That '[a] request for 'breaching equipment'—normally used by SWAT and hostage-rescue teams to quickly gain entry into buildings—was made last year because [Director Patel] had been unreachable behind locked doors.'" *Id.* ¶ 18(e).<br><br>11. "That Director Patel is 'often away or unreachable, delaying time sensitive decisions needed to advance investigations,' and that on several occasions, Director Patel's 'delays resulted in normally unflappable agents 'losing their shit.''" *Id.* ¶ 18(i).<br><br>12. "That Director Patel has had a problem with 'unexplained absences,' and 'spotty attendance at the office,' thereby falsely implying that Director Patel has been derelict in his duties." *Id.* ¶ 18(p). |
| **Director Patel's Retaliatory Firings ("Category 3")** | 13. Plaintiff has used his position to improperly "target political or personal adversaries of the president." *Id.* ¶ 18(l).<br><br>14. "That Director Patel left the country vulnerable because '[d]ays before the United States launched its war with Iran, [Director Patel] fired members of a counterintelligence squad that was devoted, in part, to Iran.'" *Id.* ¶ 18(q). |
| **Director Patel's Job Security Concerns ("Category 4")** | 15. "That on April 10, 2026, Director Patel 'panicked, frantically calling aides and allies to announce that he had been fired by the White House,' and that his behavior was a 'freak-out.' *Id.* ¶ 18(h).<br><br>16. "That Director Patel 'is deeply concerned that his job is in jeopardy.'" *Id.* ¶ 18(o). |
| **Director Patel's Focus on Image ("Category 5")** | 17. "That Director Patel 'recently expressed frustration with the look of FBI |

| | merchandise, complaining that it isn't intimidating enough.'" *Id.* ¶ 18(g). |
|---|---|