# EXHIBIT 5

*The Atlantic*                                    **Sarah Fitzpatrick <sfitzpatrick@theatlantic.com>**

## Re: [EXTERNAL] Re: URGENT - The Atlantic Request for Comment

**Kenlein, Katie (PAO)** <Katie.Kenlein@usdoj.gov>                    Fri, Apr 17, 2026 at 4:42 PM
To: Sarah Fitzpatrick <sfitzpatrick@theatlantic.com>, "Covington, Emily (PAO)" <Emily.Covington@usdoj.gov>

Thanks Sarah. Please send future inquiries to Emily, press@usdoj.gov, and I.

Attributable to Acting Attorney General Todd Blanche:
"Director Patel has delivered on President Trump's agenda, reducing violent crime, taking on drug cartels and keeping Americans safe. He has accomplished more in 14 months than the previous administration did in four years. Anonymously sourced hit pieces do not constitute journalism."

**Katie Kenlein**
Press Assistant
U.S. Department of Justice | Office of Public Affairs
katie.kenlein@usdoj.gov
202-465-0193

---

**From:** Sarah Fitzpatrick <sfitzpatrick@theatlantic.com>
**Sent:** Friday, April 17, 2026 3:37:05 PM
**To:** Covington, Emily (PAO) <Emily.Covington@usdoj.gov>
**Cc:** Kenlein, Katie (PAO) <Katie.Kenlein@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: URGENT - The Atlantic Request for Comment

Hi Katie and Emily - I spoke to my editor, we can extend to 5pm but no later.

Many thanks,

Sarah



**Sarah Fitzpatrick**
Staff Writer | The Atlantic
202.716.2629 | sfitzpatrick@theatlantic.com

On Fri, Apr 17, 2026 at 2:59 PM Covington, Emily (PAO) <Emily.Covington@usdoj.gov> wrote:
> This is a ridiculous deadline.
>
> Get Outlook for iOS
>
> ---
>
> **From:** Kenlein, Katie (PAO) <Katie.Kenlein@usdoj.gov>
> **Sent:** Friday, April 17, 2026 2:59:18 PM
> **To:** Sarah Fitzpatrick <sfitzpatrick@theatlantic.com>; Covington, Emily (PAO)
> <Emily.Covington@usdoj.gov>
> **Subject:** Re: [EXTERNAL] Re: URGENT - The Atlantic Request for Comment
>
> Hey Sarah,

You sent this to all people who had out of offices and gave us two hours to comment on 19 points. I have been trying to run them down but are you still planning to publish at 4??

---

**From:** Sarah Fitzpatrick <sfitzpatrick@theatlantic.com>
**Sent:** Friday, April 17, 2026 2:07 PM
**To:** Gilmartin, Chad (PAO) <Chad.Gilmartin@usdoj.gov>; McGavick, Gates (PAO) <Gates.McGavick@usdoj.gov>; Baldassarre, Natalie (PAO) <natalie.e.baldassarre@usdoj.gov>; Hornbuckle, Wyn (PAO) <Wyn.Hornbuckle@usdoj.gov>; Press <Press@jmd.usdoj.gov>
**Subject:** [EXTERNAL] Re: URGENT - The Atlantic Request for Comment

See below



**Sarah Fitzpatrick**
Staff Writer | The Atlantic
202.716.2629 | sfitzpatrick@theatlantic.com

On Fri, Apr 17, 2026 at 2:05 PM Sarah Fitzpatrick <sfitzpatrick@theatlantic.com> wrote:
It's Sarah Fitzpatrick here, with *The Atlantic.*

We are preparing a story regarding Kash Patel's tenure at the FBI. Below is a detailed summary of what we plan to report. For each item, we ask that you let us know whether you have a response and whether there is any additional context or information you can share with us. Please let us know whether you plan to respond as soon as possible; we welcome any statements or other information you wish to share with us to consider for our story. Our deadline for a response is 4 pm Eastern today.

1. We plan to report that on Friday April 10th Director Kash Patel had trouble logging into a government system. He called multiple individuals within the bureau and elsewhere telling them he had been fired from his position. This prompted discussion among officials within the bureau and calls to Congress, the White House, and others. We are told that this was determined to be a technical issue that was quickly resolved. Patel and his staff were informed by the White House and others that he was still the sitting FBI Director.

2. We plan to report that during the sequence of events described in question 1, Patel's reaction was emotional and impulsive, with some characterizing it as a "freak out."

3. We plan to report that Patel is deeply concerned that his job is in jeopardy.

4. We plan to report that Patel's conduct has often alarmed officials at DOJ and the White House. The conduct includes both excessive drinking and unexplained absences.

5. We plan to report that Patel is known to drink to the point of apparent intoxication, often at the private club Ned's in Washington, D.C., while in the presence of White House and other administration staff. He is also known to drink to excess at The Poodle Room in Las Vegas, where he frequently spends parts of his weekends.

6. We plan to report that early in Patel's tenure, meetings and briefings had to be rescheduled for later in the day as a result of his alcohol-fueled nights.

7. We plan to report that on multiple occasions in the past year, members of his security detail had difficulty waking Patel because he was seemingly intoxicated and this information was supplied to DOJ and White House officials.

8.  We plan to report that a request for 'breaching equipment' was submitted to headquarters and granted last year because Patel had been unresponsive behind locked doors and there were concerns about reaching him in an emergency.

9. We plan to report that some of Patel's colleagues worry his personal behavior has become a threat to public safety, in part because the Director is expected to be available and focused on the job, especially when the nation is at war. This includes concerns about what would happen in the event of a domestic terrorist attack while Patel is in office.


10. We plan to report that Patel has been an irregular presence at FBI headquarters and in field offices, and that some DOJ staff believe he has compounded the bureau's existing bureaucratic bottlenecks. We plan to report that Patel is often away or unreachable, delaying time-sensitive decisions needed to advance investigations.

11. We plan to report that staff have expressed alarm and are of the belief that Patel has been "dragging his feet on terror cases," including by delaying or refusing to sign off on FISA warrants or other proposed investigative actions.

12. We plan to report that the President has complained about Patel being unprepared for TV appearances and that some high-profile investigations the president has directed Patel to pursue have not moved quickly enough. Those include inquiries into former Biden administration officials and other political opponents.

13. We plan to report that Patel's chugging of beer with the US men's hockey team while on official travel prompted the president to call Patel to convey his unhappiness.

14. We plan to report that FBI officials and others in the administration have questioned whether alcohol played a role in the instances in which he shared inaccurate information about active law enforcement investigations, including into the murder of Charlie Kirk.

15. We plan to report that government employees are afraid to reveal their concerns about Patel publicly or through traditional whistleblower channels because he has been aggressive in cracking down on anyone deemed insufficiently loyal. We plan to report that at Patel's direction, FBI employees are regularly polygraphed in an effort to identify leakers, which have included questions about Patel's perceived "enemies," as well as whether they have ever said anything disparaging about Patel or the president.

16. We plan to report that Patel has led a purge of people he believes are anti-Trump "conspirators" or "enemies" within the FBI. This has included firings, opening internal investigations, and pressuring agents to quit when they pushed back or were perceived to have pushed back against his demands or questioned their legality.

17. We plan to report that there is concern that Patel's conduct has made the country more vulnerable, in part because there is now a lack of experience at FBI headquarters and at the field office level, both

due both to voluntary departures and Patel-ordered separations.

18. We plan to report that days before the U.S. launched its war with Iran, Patel fired about a dozen members of a counterintelligence squad —a team that was devoted, in part, to Iran. Why were these individuals dismissed?

19. We plan to report that Patel recently had his security detail shut down the FBI Association Store at the bureau's headquarters so that he could shop by himself. Patel summoned the store's staff and expressed frustration that the merchandise wasn't intimidating enough.

Again, please let me know as soon as possible if you have any questions and if you plan to respond / comment. Our deadline is 4 PM ET today.

As always, we welcome any additional material you wish to share with us to consider as part of our reporting.

Sincerely,

Sarah Fitzpatrick



**Sarah Fitzpatrick**
Staff Writer | The Atlantic
202.716.2629 | sfitzpatrick@theatlantic.com