# EXHIBIT 6

# *The Atlantic*                    **Sarah Fitzpatrick <sfitzpatrick@theatlantic.com>**

---

## Demand Letter – Director Kashyap Patel

---

**Jared Roberts** <jared@binnall.com>                    Fri, Apr 17, 2026 at 3:53 PM
To: legal@theatlantic.com, dbaumgarten@theatlantic.com, sfitzpatrick@theatlantic.com
Cc: Jesse Binnall <jesse@binnall.com>, Shawnay <shawnay@binnall.com>

Ms. Fitzpatrick,

Please see the attachment.

For any questions or concerns reach out to myself or Mr. Binnall.

--

**Jared J. Roberts**

**Senior Associate** | Binnall Law Group

717 King Street | Suite 200 | Alexandria, VA 22314

(585) 297-0202 (direct)

(703) 888-1943 (office)

jared@binnall.com





This electronic message transmission contains information from the Binnall Law Group, PLLC that may be confidential or privileged.  The information is intended solely for the recipient and use by any other party is not authorized.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at (703) 888-1943 or by replying to this e-mail.  Thank you.

---

 **Patel - The Atlantic Demand.pdf**
139K