**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KASHYAP P. PATEL,

                    Plaintiff,

          v.

ATLANTIC MONTHLY GROUP LLC;
SARAH FITZPATRICK,

                    Defendants.

Case No.: 1:26-cv-01329-EGS

**DEFENDANTS' MOTION TO STAY DISCOVERY EXCEPT *TOUHY* REQUESTS**

Defendants Atlantic Monthly Group LLC and Sarah Fitzpatrick ("Defendants"), by and through their undersigned counsel, move for a stay of all discovery pending resolution of their Motion to Dismiss ("Motion" or "Mot."), with a limited exception for Defendants to submit *Touhy* requests to the Department of Justice ("DOJ"), Federal Bureau of Investigation ("FBI"), and the FBI Director, DOJ and FBI employees, Plaintiff Kashyap P. Patel ("Director Patel"), in his official capacity as FBI Director.  The grounds for this motion are:

1.       A stay of all discovery is warranted for several reasons.  First, the Motion is likely to dispose of the action in its entirety, including because Director Patel fails to plausibly plead actual malice.  Moreover, many of the challenged statements are subject to dismissal on independent grounds, including because they are not defamatory, substantially true, or are protected by the fair report privilege.  Second, Director Patel requires no discovery to respond to the purely legal issues raised in the Motion.  Third, a finite discovery stay will not prejudice Director Patel, while avoiding substantial prejudice to Defendants and promoting judicial economy.

2.      As set forth more fully in the accompanying Memorandum of Points and Authorities, the risk of prejudice to Defendants is compounded here for two reasons.  First, it has been widely reported that Director Patel, the sitting FBI Director, has initiated a criminal leak investigation into Sarah Fitzpatrick, the journalist who wrote the article at issue ("Article"). Second, Director Patel is a serial defamation plaintiff, and therefore there is an acute risk that this action is designed to harass and silence the media.  Given this context, allowing Director Patel to pursue premature discovery into Defendants' newsgathering files poses a grave risk to the First Amendment.

3.      Defendants seek a limited exception to the stay to begin the process of serving administrative discovery requests for records and testimony directed to the DOJ, FBI, DOJ and FBI employees, and Director Patel in his official capacity (known as "*Touhy*" requests).  This request is justified for two reasons.  First, given the often years-long, time-intensive nature of *Touhy* requests, it is necessary for Defendants to begin the process now.  Second, the requested records and testimony bear directly both on the truth of the Article, as well as Director Patel's reputation before and after the Article's publication, which complies with the agencies' *Touhy* regulations as they are highly relevant and proportional to the needs of this case under Rule 26.  In addition, Director Patel's own Complaint repeatedly relies on internal DOJ and FBI information in an attempt to refute Defendants' reporting.  Moreover, as explained in the Memorandum of Points and Authorities, if the agencies and Director Patel resist producing these records, that may well require early dismissal of this action.

4.      In further support of this Motion to Stay, Defendants rely on the accompanying Memorandum of Points and Authorities, the Declaration of Katherine M. Bolger, and accompanying exhibits.

5.      Pursuant to Local Civil Rule 7(m), Defendants' counsel has conferred with Director

Patel's counsel regarding the Motion to Stay, and Director Patel's counsel has stated that they

oppose the Motion.


Dated: July 27, 2026

Alison Schary (Bar ID: 1014050)
Laura Handman (Bar ID: 444386)
Meenakshi Krishnan (Bar ID: 1617229)
Azeezat Adeleke (Bar ID: 90011862)
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200
alisonschary@dwt.com
laurahandman@dwt.com
meenakshikrishnan@dwt.com
azeezatadeleke@dwt.com

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP

By: */s/ Katherine M. Bolger*
Katherine M. Bolger (Bar ID: NY0205)
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
katebolger@dwt.com

*Counsel for Defendants*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 27th day of July, 2026, a copy of the foregoing Motion and attached Memorandum of Points and Authorities, Declaration of Katherine M. Bolger, accompanying exhibits, and Proposed Order was filed using the CM/ECF system on all counsel of record.

*/s/ Katherine M. Bolger*
Katherine M. Bolger
