**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KASHYAP P. PATEL,

                Plaintiff,          Case No.: 1:26-cv-01329-EGS

      v.

ATLANTIC MONTHLY GROUP LLC;
SARAH FITZPATRICK,

                Defendants.

**PROPOSED ORDER**

Upon consideration of Defendants Atlantic Monthly Group LLC and Sarah Fitzpatrick's

Motion to Stay Discovery Except *Touhy* Requests, it is hereby

**ORDERED** that the Motion is Granted, and all discovery in this matter is stayed pending

the Court's resolution of Defendants' Motion to Dismiss.

**IT IS FURTHER ORDERED** that, notwithstanding the stay, Defendants may submit

*Touhy* requests to the Department of Justice ("DOJ"), Federal Bureau of Investigation ("FBI"),

DOJ and FBI employees, and the FBI Director, Plaintiff Kashyap P. Patel, in his official capacity.


Date: _____          _____

                                      The Honorable Emmet G. Sullivan
                                      United States District Judge