**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KASHYAP P. PATEL,

               Plaintiff,

     v.

ATLANTIC MONTHLY GROUP LLC;
SARAH FITZPATRICK,

               Defendants.

Case No.: 1:26-cv-01329-EGS

**DECLARATION OF KATHERINE M. BOLGER IN SUPPORT OF DEFENDANTS'
MOTION TO STAY DISCOVERY EXCEPT *TOUHY* REQUESTS**

Katherine M. Bolger, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner at the law firm of Davis Wright Tremaine LLP, and counsel to Defendants Atlantic Monthly Group LLC and Sarah Fitzpatrick ("Defendants") in the above-captioned action (the "Action").

2. I make this declaration in order to attach exhibits relied upon in Defendants' concurrently-filed Motion to Stay Discovery Except *Touhy* Requests.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the article published by *The Atlantic* on April 17, 2026, entitled "The FBI Director is MIA," which is available at the URL, https://www.theatlantic.com/politics/2026/04/kash-patel-fbi-director-drinking-absences/686839/ (the "Article").

4. Attached hereto as **Exhibit 2** is a true and correct copy of a Declaration by Katherine M. Bolger, pursuant to the regulations that the Department of Justice ("DOJ") and Federal Bureau of Investigation ("FBI") have issued under *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951) (the "*Touhy* Declaration"), with the following attached exhibits:

a. Attached thereto as **Exhibit A** to the Touhy Declaration is a true and correct copy of the Complaint in this Action.

b. Attached thereto as **Exhibit B** to the Touhy Declaration is a true and correct copy of the Article.

c. Attached thereto as **Exhibit C** to the Touhy Declaration is a true and correct copy of a chart of allegedly defamatory statements at issue in this Action, prepared by the undersigned counsel.

d. Attached thereto as **Exhibit D** to the Touhy Declaration is a true and correct copy of Defendants' anticipated subpoena to the DOJ.

e. Attached thereto as **Exhibit E** to the Touhy Declaration is a true and correct copy of Defendants' anticipated subpoena to the FBI.

f. Attached thereto as **Exhibit F** to the Touhy Declaration is a true and correct copy of Defendants' anticipated subpoena to Plaintiff, FBI Director Kashyap Patel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2026

By: _Katherine M. Bolger_

Katherine M. Bolger

2