**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KASHYAP P. PATEL,<br><br>           *Plaintiff,*<br><br>v.<br><br>THE ATLANTIC MONTHLY GROUP<br>LLC et al.,<br><br>           *Defendants.* | Case No. 1:26-cv-01329 |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff, Kashyap Patel, and Defendants, Atlantic Monthly Group LLC and Sarah Fitzpatrick, by their respective counsel, (the "Parties"), respectfully move this Court for an extension of time of the briefing schedule on Defendants' Motion to Dismiss (ECF 15) and Motion to Stay (ECF 16). The Parties each seek one additional week on their respective responses and replies. The Parties came to an agreement on the following briefing schedule:

| | |
|---|---|
| August 17, 2026 | Plaintiff's Response in Opposition to Defendants' Motion to Dismiss |
| August 17, 2026 | Plaintiff's Response in Opposition to Defendants' Motion to Stay |
| August 31, 2026 | Defendants' Reply in Support of Motion to Dismiss |
| August 31, 2026 | Defendants' Reply in Support of Motion to Stay |

Good cause exists for this extension due to undersigned counsel's pre-planned travel, the Parties have worked cooperatively, no Party will be prejudiced, and the

extension is only one week.

WHEREFORE, the Parties respectfully request that this Court grant their motion to extend the briefing schedule for Defendants' Motion to Dismiss and Motion to Stay.

Undersigned counsel conferred pursuant to Local Civil Rule 7(m), and the Parties consent to the relief requested herein.

Dated: August 6, 2026                              Respectfully submitted,


/s/ Jared J. Roberts
Jared J. Roberts, FL00153
Jesse R. Binnall, VA 022
Jason C. Greaves, DC Bar 1033617
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jared@binnall.com
jesse@binnall.com
jason@binnall.com

Counsel for Plaintiff

/s/ Katherine M. Bolger (with permission)
Katherine M. Bolger (Bar ID: NY0205)
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
katebolger@dwt.com

Alison Schary (Bar ID: 1014050)
Laura Handman (Bar ID: 444386)
Meenakshi Krishnan (Bar ID: 1617229)
Azeezat Adeleke (Bar ID: 90011862)
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200
alisonschary@dwt.com
laurahandman@dwt.com
meenakshikrishnan@dwt.com
azeezatadeleke@dwt.com

Counsel For Defendants

2

## CERTIFICATE OF SERVICE

I certify that on August 6, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

_s/ Jared J. Roberts_
Jared J. Roberts

*Counsel for Plaintiff*