**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KASHYAP P. PATEL,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC MONTHLY GROUP LLC, *et al.*,<br><br>Defendants. | Civil Action No. 26-1329 (EGS) |

**ORDER**

For the reasons explained in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Stay Discovery Except *Touhy* Requests, ECF No. 16, is **GRANTED**; and it is further

**ORDERED** that, notwithstanding the stay, the parties may submit *Touhy* requests to the Department of Justice ("DOJ"), Federal Bureau of Investigation ("FBI"), DOJ and FBI employees, and the FBI Director, Plaintiff Kashyap P. Patel, in his official capacity.

**SO ORDERED.**

**Signed:** **Emmet G. Sullivan**
**United States District Judge**
**November 10, 2026**